No. 9759.   HAROLD W. HAEGG, PLAINTIFF AND RESPONDENT, *v.* NORTHERN PACIFIC RAILWAY COMPANY, a Wisconsin Corporation, DEFENDANT AND APPELLANT.

304 Pac. (2d) 1119.

Decided Jan. 5, 1957.

*Corette, Smith & Dean,* Butte, *Smith, Boone & Rimel,* Missoula, for appellant.

*Loble & Loble* and *Gene A. Picotte,* Helena, *Johnson & Johnson* and *Dale M. Johnson,* Missoula, *Claude A. Johnson,* Hamilton, for respondent.

Per Curiam.

Upon stipulation of counsel thereunto on file herein, it is hereby ordered that the appeal in the above entitled cause be, and the said appeal is hereby dismissed, each party to pay his or its costs herein incurred.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES DAVIS, and BOTTOMLY, concur.